UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | § | Case No. 15-12703-JKO |
|---|---|---|
|  | § |  |
| BEAM REACH LLC | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Marc P. Barmat, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $5,021.46 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $949.26 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $19,050.74 | | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $21,530.74 | $19,050.74 | $19,050.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $992,156.91 | $668,523.64 | $668,523.64 | $949.26 |
| **Total Disbursements** | $992,156.91 | $690,054.38 | $687,574.38 | $20,000.00 |

4). This case was originally filed under chapter 7 on 02/13/2015. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/24/2017         By:   /s/ Marc P. Barmat
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer - (Sa-Wan) - Mago Holdings | 1241-000 | $10,000.00 |
| Fraudulent Transfer - Thomas Wellman | 1241-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marc P. Barmat, Trustee | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| Marc P. Barmat, Trustee | 2200-000 | NA | $16.74 | $16.74 | $16.74 |
| Green Bank | 2600-000 | NA | $117.53 | $117.53 | $117.53 |
| Attorney for Trustee | 3110-000 | NA | $12,400.00 | $9,920.00 | $9,920.00 |
| Attorney for Trustee | 3120-000 | NA | $30.47 | $30.47 | $30.47 |
| Accountant for Trustee | 3410-000 | NA | $6,179.00 | $6,179.00 | $6,179.00 |
| Accountant for Trustee | 3420-000 | NA | $37.00 | $37.00 | $37.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $21,530.74 | $19,050.74 | $19,050.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Valley National | 7100-000 | $645,911.50 | $668,523.64 | $668,523.64 | $949.26 |

UST Form 101-7-TDR (10/1/2010)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Bank, N.A. f/k/a 1st United Bank |  |  |  |  |  |
| Bank of America | 7100-000 | $39,464.41 | $0.00 | $0.00 | $0.00 |
| Sonia Alexander | 7100-000 | $181,781.00 | $0.00 | $0.00 | $0.00 |
| Thomas Wellman | 7100-000 | $125,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $992,156.91 | $668,523.64 | $668,523.64 | $949.26 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-12703-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | BEAM REACH LLC | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| For the Period Ending: | 7/24/2017 | §341(a) Meeting Date: | 03/24/2015 |
| | | Claims Bar Date: | 06/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Acct - 7755 Bank of America | $50.46 | $0.00 | | $0.00 | FA |
| 2 | 3 Cabinets/ Desk/ 2 Chairs | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Racks | $1,500.00 | $0.00 | | $0.00 | FA |
| 4 | Business Inventory | $3,371.00 | $0.00 | | $0.00 | FA |
| 5 | Fraudulent Transfer - Thomas Wellman (u) | $10,000.00 | $10,000.00 | | $10,000.00 | FA |
| 6 | Fraudulent Transfer - (Sa-Wan) - Mago Holdings (u) | $10,000.00 | $10,000.00 | | $10,000.00 | FA |

**Asset Notes:** ten (10) payments of $1,000 commencing 11/01/15 - Court Order ECF#18.

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**
                          $25,021.46         $20,000.00                        $20,000.00                       $0.00

**Major Activities affecting case closing:**

05/02/2016  The only matter pending in this case is the collection of a fraudulent transfer action. The Defendant, Mago Holdings LLC has entered into a settlement with the Trustee to pay the estate $10,000 at a rate of ten (10) payments in the amount of $1,000 commencing 11/01/15 and each month thereafter until paid in full.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017    **Current Projected Date Of Final Report (TFR):** 12/31/2017    /s/ MARC P. BARMAT
                                                                                                                                    MARC P. BARMAT

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-12703-JKO | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|
| Case Name: | BEAM REACH LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6643 | | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/13/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 7/24/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2015 | (5) | Florida Iota Trust Account - Susan D Lasky PA | Motion to Approve Stipulation to Compromise Controversy (ECF#16); Order Approving Stipulation entered 09/21/15 (ECF#18) | 1241-000 | $10,000.00 | | $10,000.00 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.64 | $9,996.36 |
| 11/06/2015 | (6) | Mago Holdings LLC | | 1241-000 | $1,000.00 | | $10,996.36 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.39 | $10,979.97 |
| 12/03/2015 | (6) | BEAM REACH LLC | Motion to Approve Stipulation to Compromise Controversy (ECF#16); Order Approving Stipulation entered 09/21/15 (ECF#18) | 1241-000 | $1,000.00 | | $11,979.97 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.22 | $11,960.75 |
| 01/06/2016 | (6) | Mago Holdings LLC | | 1241-000 | $1,000.00 | | $12,960.75 |
| 01/15/2016 | 101 | Furr and Cohen, PA | Interim Fees and Costs pursuant to Court Order entered 01/13/16 ECF#31 | * | | $9,950.47 | $3,010.28 |
| | | | $(9,920.00) | 3110-000 | | | $3,010.28 |
| | | | $(30.47) | 3120-000 | | | $3,010.28 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $14.43 | $2,995.85 |
| 02/02/2016 | (6) | Mago Holdings LLC | | 1241-000 | $1,000.00 | | $3,995.85 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.98 | $3,989.87 |
| 03/09/2016 | (6) | Mago Holdings | Motion to Approve Stipulation to Compromise Controversy (ECF#16); Order Approving Stipulation entered 09/21/15 (ECF#18) | 1241-000 | $1,000.00 | | $4,989.87 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.63 | $4,982.24 |
| 04/04/2016 | (6) | Mago Holdings LLC | Motion to Approve Stipulation to Compromise Controversy (ECF#16); Order Approving Stipulation entered 09/21/15 (ECF#18) | 1241-000 | $1,000.00 | | $5,982.24 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.49 | $5,972.75 |
| 05/03/2016 | (6) | Mago Holdings LLC | Motion to Approve Stipulation to Compromise Controversy (ECF#16); Order Approving Stipulation entered 09/21/15 (ECF#18) | 1241-000 | $1,000.00 | | $6,972.75 |
| | | | SUBTOTALS | | $17,000.00 | $10,027.25 | |

**FORM 2**

Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12703-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | BEAM REACH LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6643 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/13/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 7/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2016 | 102 | Alan R Barbee | Interim fees and costs pursuant to Court Order entered 01/27/16 ECF#34 | * | | $3,963.30 | $3,009.45 |
| | | | | $(3,962.40) 3410-000 | | | $3,009.45 |
| | | | | $(0.90) 3420-000 | | | $3,009.45 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.89 | $3,001.56 |
| 06/08/2016 | (6) | Mago Holdings LLC | Motion to Approve Stipulation to Compromise Controversy (ECF#16); Order Approving Stipulation entered 09/21/15 (ECF#18) | 1241-000 | $1,000.00 | | $4,001.56 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.88 | $3,995.68 |
| 07/07/2016 | (6) | Mago Holdings LLC | Motion to Approve Stipulation to Compromise Controversy (ECF#16); Order Approving Stipulation entered 09/21/15 (ECF#18) | 1241-000 | $1,000.00 | | $4,995.68 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.74 | $4,987.94 |
| 08/08/2016 | (6) | Mago Holdings LLC | Motion to Approve Stipulation to Compromise Controversy (ECF#16); Order Approving Stipulation entered 09/21/15 (ECF#18) | 1241-000 | $1,000.00 | | $5,987.94 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.29 | $5,978.65 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $9.95 | $5,968.70 |
| 03/07/2017 | 103 | Alan R Barbee | Claim #: ;  Amount Claimed: 37.00; Amount Allowed: 37.00; Dividend: 0.60; Distribution Dividend: 100.00; Account Number: ; Notes: ; | 3420-000 | | $36.10 | $5,932.60 |
| 03/07/2017 | 104 | Alan R Barbee | Claim #: ;  Amount Claimed: 6,179.00; Amount Allowed: 6,179.00; Dividend: 37.13; Distribution Dividend: 100.00; Account Number: ; Notes: ; | 3410-000 | | $2,216.60 | $3,716.00 |
| 03/07/2017 | 105 | Marc P. Barmat | Trustee Compensation | 2100-000 | | $2,750.00 | $966.00 |
| 03/07/2017 | 106 | Marc P. Barmat | Trustee Expenses | 2200-000 | | $16.74 | $949.26 |
| 03/07/2017 | 107 | Valley National Bank, N.A. f/k/a 1st United Bank | Claim #: 1;  Amount Claimed: 668,523.64; Amount Allowed: 668,523.64; Dividend: 15.90; Distribution Dividend: 0.14; Account Number: ; Notes: (1-1) Final Monetary Judgment; | 7100-000 | | $949.26 | $0.00 |
| | | | **SUBTOTALS** | | $3,000.00 | $9,972.75 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-12703-JKO | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | BEAM REACH LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6643 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/13/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 7/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $20,000.00 | $20,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $20,000.00 | $20,000.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $20,000.00 | $20,000.00 | |

| For the period of 2/13/2015 to 7/24/2017 | | For the entire history of the account between 10/26/2015 to 7/24/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,000.00 | Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 | Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 15-12703-JKO | Trustee Name: | Marc P. Barmat |
| Case Name: | BEAM REACH LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6643 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/13/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 7/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,000.00 | $20,000.00 | $0.00 |

**For the period of 2/13/2015 to 7/24/2017**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/13/2015 to 7/24/2017**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARC P. BARMAT

MARC P. BARMAT